# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Eleanor Jones Hamilton**  
   Debtor

Case No.: 05–11896–JSD  
Judge: John S. Dalis

Chapter: 13

### ORDER AND NOTICE TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

The captioned case is subject to dismissal for the following reason(s):

( x ) Debtor(s) failed to appear at the meeting of Creditors.  
(   ) Debtor(s) failed to pay filing fee.  
(   ) Voluntary request for dismissal.

IT IS HEREBY ORDERED that unless Debtor(s) or other parties in interest request to be heard in writing on or before September 15, 2005 , said case will be dismissed WITH PREJUDICE barring the refiling of a petition within 180 days .



John S. Dalis  
United States Bankruptcy Judge  
PO Box 1487  
Augusta, GA 30903

Dated **August 24, 2005**

*B–19[Rev. 07/05]* **VW**