IN THE UNITED STATE BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:

| | | |
|---|---|---|
| ELEANOR JONES HAMILTON, | ) | Chapter 13 |
| | ) | Case No. 05-11896 |
| | ) | |
| Atty: John P. Wills | ) | REQUEST FOR HEARING ON |
| | ) | MOTION TO SHOW CAUSE WHY |
| Debtor(s) | ) | CASE SHOULD NOT BE |
| | ) | DISMISSED |

FILED 2005 SEP -6 AM 9:59 AUGUSTA, GA

COMES NOW your Debtor(s) in the above matter and would respectfully request this Court for a hearing concerning the Trustee's MOTION TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED.

Respectfully submitted,

John P. Wills
Attorney for Debtor(s)

FOWLER & WILLS, L.L.C.
P. O. Box 1620
Thomson, GA 30824
706-595-8100