UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

PAGE 1

IN RE:  ELEANOR JONES HAMILTON          CASE NO.                    REPORT PRINTED 11/04/05
        1067 EARLE ST                   0511896

        THOMSON, GA        30824-0000

            FINAL REPORT AND ACCOUNT            SS #1: XXX-XX-9579
        DISMISSED BEFORE CONFIRMATION           SS #2: XXX-XX-0000
        PLAN FILED DATE: Jun  7, 2005    PLAN CONFIRMED:           CASE CONCLUDED: Oct 13, 2005
        ATTORNEY         JOHN P WILLS

Your Trustee hereby certifies that this case has been fully administered, that a detailed record of all
receipts and disbursements has been maintained; copies are attached to the original filed with the Clerk
and incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors.          65.00

| CREDITOR NAME | CLM # | CLASS | CLAIM AMOUNT | DEBT ALLOWED | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| SPECIALITY MERCHANDIST CORP | 001 | UNS | 399.50 | 399.50 | .00 | 399.50 |
| SOUTHERN GENERAL INSURANCE | 002 | UNS | 5085.63 | 5085.63 | .00 | 5085.63 |
| TITLEMAX OF AUGUSTA | 003 | SEC | 518.32 | 518.32 | .00 | 518.32 |
| MIDNIGHT VELVET | 004 | UNS | 820.53 | 820.53 | .00 | 820.53 |
| MONROE & MAIN | 005 | UNS | 210.95 | 210.95 | .00 | 210.95 |
| DIRECT CHARGE | 006 | UNS | 490.06 | 490.06 | .00 | 490.06 |
| JEFFERSON CAPITAL SYSTEMS | 007 | UNS | 1004.77 | 1004.77 | .00 | 1004.77 |
| CLERK OF U S BANKRUPTCY COUR | 991 | FFE | 154.00 | 154.00 | 65.00 | 89.00 |
| CLERK U S BANKRUPTCY COURT | 994 | ADM | .00 | .00 | .00 | .00 |
| JOHN P WILLS | 999 | ATY | 300.00 | 300.00 | .00 | 300.00 |
| CHAPTER 13 TRUSTEE FEE | | TRU | 569.28 | .00 | | 569.28 |

|      | SECURED | PRIORITY | UNSECURED | ADMIN | ATTY | OTHER | |
|---|---|---|---|---|---|---|---|
| DEBT | 518.32 | .00 | 8011.44 | 154.00 | 300.00 | .00 | TOTAL PAID |
| PAID | .00 | .00 | .00 | 65.00 | .00 | .00 | 65.00 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your petitioner as Trustee and
releasing Trustee's surety from all liability on account of the proceedings; closing the estate, and for such other
relief as is just.

* Paid by Insurance

Barnee C. Baxter, Trustee

JOHN P WILLS
ATTORNEY AT LAW
P O BOX 1620
THOMSON GA              308240000